```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MELVIN PITTS | : | NO. 07-211-1 |

<u>ORDER</u>

AND NOW, this 12th day of November 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Melvin Pitts to correct his sentence under 28 U.S.C. § 2255 is DENIED; and

(2)  no certificate of appealability is issued.

BY THE COURT:

/s/  Harvey Bartle III
                       J.